

33192 *C FBM    Ms. Joyce House

your business.

Total