**Bill To**

rt Bend Mechanical
O. Box 967
afford, TX 77497-0967

P.O.

449

| | Description |
|---|---|
| 2 | Rental of 23 Ton to set Generator. (Travel time charged only) |