| | |
|---|---|
| 5/5/2010 | 10006 |


RECEIVED
MAY 10 REC'D
BY:_____

| Terms | Project |
|---|---|
| Net 30 | 3618 Elmcrest |

| Rate | Amount |
|---|---|
| 100.00 | 200.00 |