**Reed Crane & Rigging, LLC**

4235 Armand View Dr.
Pasadena, TX 77505

Phone #   832-350-0875      reedcrane@hotmail.com
Fax #     281-487-8900

**Bill To**

Fort Bend Mechanical
P.O. Box 967
Stafford, TX 77497-0967

| Quantity | Description |
|---|---|
| 2 | Rental of 23 Ton to set Generator. (Travel time charge |