| Date | Invoice # |
| --- | --- |
| 5/5/2010 | 10006 |



RECEIVED

MAY 1 0 REC'D

BY:_____

| Terms | Project |
| --- | --- |
| Net 30 | 3618 Elmcrest |

| Rate | Amount |
| --- | --- |
| 100.00 | 200.00 |