

# Document Processors, Inc.

PO Box 35532  
Houston, TX 77235  
713-651-1300  
Tax I.D. No. 76-0554965

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/4/2011 | 31292 |

**BILL TO**

The Greenwood Prather Law Firm  
1300 McGowen Street  
Houston, TX 77004  
Attn: Blanca Chavez

**SHIP TO**

Originals picked up from Fort Bend Mechanical

| ORDERED BY | TERMS | REP | SHIP | CLIENT PROJECT # | DPI JOB # |
|---|---|---|---|---|---|
| Blanca | Due on receipt | HOU | 10/5/2011 | GRG vs HISD | 1011001 |

| ITEM CODE | DESCRIPTION | QUANTITY | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 37.1 | Copies: Heavy<br>Includes scanning to electronically label | 769 | 0.15 | 115.35T |
| 71 | Electronic Bates Labeling | 769 | 0.05 | 38.45T |
|  | 8.25 Sales Tax |  | 8.25% | 12.69 |

**Total** $166.49

Past due invoices over thirty days shall be considered over due. Overdue invoices are subject to a penalty of 1.5% per month (18%) annum or the maximum allowed by Texas law, which ever is lesser.