## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| THE GIL AND RAMIREZ GROUP, LLC., <br> AND GIL RAMIREZ, JR. <br><br> Plaintiffs <br><br><br> v. <br><br> HOUSTON INDEPENDENT SCHOOL <br> DISTRICT; LAWRENCE MARSHALL; <br> EVA JACKSON; AND RHJ-JOC, INC., <br> ET Al. <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 4:10-cv-04872 <br> Judge Kenneth M. Hoyt |

### NOTICE OF APPEAL

Notice is hereby given that Third Party Intervenor, the *Houston Chronicle* (the "*Chronicle*"), appeals to the United States Court of Appeals for the Fifth Circuit from the following orders:

- Order of August 8, 2012 denying the *Chronicle's* Motion to Immediately Unseal Plaintiff's Third Amended Complaint and Exhibits, Excluding Paragraphs 87-91 and 131 and Exhibits 9-16 and 31, and To Reconsider the Denial of the *Chronicle's* Motion to Intervene and Unseal [Docket No. 147].

- Order of June 28, 2012, denying the *Chronicle's* Motion to Intervene and Unseal [Docket No. 133].

Dated: August 20, 2012                    Respectfully Submitted,

                              By:    _____
                                     Jonathan R. Donnellan (Attorney in charge)
                                     (TX Bar No. 24063660; S.D. Tex. Bar No. 903920)
                                     Heather L. Dietrick  (Pro hac vice)
                                     HEARST CORPORATION
                                     300 West 57th Street, 40th Floor
                                     New York, NY 10019
                                     Telephone: (212) 841-7000
                                     Facsimile: (212) 554-7000
                                     E-mail:  jdonnellan@hearst.com
                                     *Attorneys for The Houston Chronicle*

## CERTIFICATE OF SERVICE

I certify that on August 20, 2012, I electronically filed the above Notice with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Heather L. Dietrick