# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-20587

*United States Courts*

**NOV 16 2012**

David J. Bradley, Clerk of Court

THE GIL RAMIREZ GROUP, L.L.C.; GIL RAMIREZ, JR.,

    Plaintiffs

v.

LAWRENCE MARSHALL; MARSHALL & ASSOCIATES,

    Defendants - Appellees

v.

THE HOUSTON CHRONICLE,

    Movant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of November 13, 2012, pursuant to appellant's motion.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

                          By: _____
                          James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 13, 2012

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 12-20587,   Gil Ramirez Group, L.L.C., et al v. Houston
                       Independant Sch Dist, et al
                       USDC No. 4:10-CV-4872

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _/s/ James deMontluzin_
                       James deMontluzin, Deputy Clerk
                       504-310-7679

cc w/encl:
    Ms. Heather L. Dietrick
    Mr. Jonathan R. Donnellan
    Mr. Chad Wilson Dunn
    Ms. Yvonne Y. Ho
    Mr. Jarvis V. Hollingsworth
    Mr. John M. Hopkins