UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE GIL RAMIREZ GROUP, L.L.C.; AND GIL RAMIREZ, JR. | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 4:10-CV-04872 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT; LAWRENCE MARSHALL; EVA JACKSON; AND RHJ-JOC, INC. | § § § § § | |
| *Defendants*. | § § | |

## ORDER GRANTING AGREED MOTION TO CONTINUE PRETRIAL DEADLINES

On this day came on for consideration Defendant Houston Independent School District's Agreed Motion to Continue Pretrial Deadlines ("Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED. It is ORDERED that the following schedule shall govern the disposition of this case:

| | |
|---|---|
| Defendants' expert witnesses deadline | February 18, 2013 |
| Discovery cut off | March 3, 2013 |
| Response to Pending Motions to Dismiss Due | February 18, 2013 |
| Plaintiffs' Responses to HISD's Interrogatories of December 14, 2012 due | January 29, 2013 |
| All Defendants' Responses to Plaintiffs' respective discovery requests of December 28, 2012 due | February 11, 2013. |

Signed on this 15th day of January, 2013.

_____
Honorable Keith Ellison
United States District Court Judge

5