UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE GIL RAMIREZ GROUP, LLC, et al., | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § | Case No. 4:10-cv-4872 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, et al., | § § § § | |
| *Defendants.* | § § | |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and for the reasons set forth in the Court's Orders (Doc. Nos. 229, 305, and 310), the Court hereby enters final judgment for the Defendants on all claims.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the thirteenth day of December, 2013.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE