IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE GIL RAMIREZ GROUP, L.L.C. and GIL RAMIREZ, JR., § § § Plaintiffs, § § vs. § § HOUSTON INDEPENDENT SCHOOL § DISTRICT, LAWRENCE MARSHALL, § EVA JACKSON and RHJ-JOC, INC., § § Defendants. § | CIVIL ACTION 4:10-CV-04872 |

## FIRST AMENDED NOTICE OF APPEAL

The Gil Ramirez Group, L.L.C. and Gil Ramirez, Jr., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit the Final Judgment (document #316) dated December 13, 2013, including each of the orders referenced therein which includes the Order and Summary Judgment (document #310) dated November 27, 2013, and the Order and Summary Judgment (document #305) dated November 18, 2013 and the Memorandum and Order Granting in Part and Denying in Part Document # 196, Motion to Dismiss, dated June 25, 2013.

Dated this the 7th day of January, 2014.

Respectfully submitted,

**BRAZIL & DUNN LLP**

/s/ Chad W. Dunn
Chad W. Dunn
TBN 24036507; Fed. I.D. No. 33467
K. Scott Brazil
TBN 02934050; Fed. I.D. No. 2585

1

        4201 Cypress Creek Parkway, Suite 530
        Houston, Texas 77068
        Telephone: (281) 580-6310
        Facsimile: (281) 580-6362
        E-Mail: chad@brazilanddunn.com
        E-Mail: scott@brazilanddunn.com

        **THE GREENWOOD PRATHER LAW FIRM**

        Kelly Greenwood Prather
        TBN 00796670; Fed. I.D. No. 21829
        2009 North Durham Drive
        Houston, Texas 77008
        Telephone: (713) 333-3200
        Facsimile: (713) 621-1449
        E-Mail: kgreenwood@midtownlegal.com

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that on 7th day of January, 2014, I electronically filed the foregoing document with the Clerk of Court of the United States District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          */s/ Chad W. Dunn*
                                          Chad W. Dunn